Island Life Chiropractic, P.C. v MVAIC (2020 NY Slip Op 50995(U))

[*1]

Island Life Chiropractic, P.C. v MVAIC

2020 NY Slip Op 50995(U) [68 Misc 3d 131(A)]

Decided on August 28, 2020

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on August 28, 2020
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., DAVID ELLIOT, WAVNY TOUSSAINT, JJ

2018-1716 K C

Island Life Chiropractic, P.C., as Assignee
of Jean-Baptiste, Gerard, Respondent,
against
MVAIC, Appellant. 

Marshall & Marshall, PLLC (Barbara Carabell of counsel), for appellant.
The Rybak Firm, PLLC (Damien J. Toell of counsel), for respondent.

Appeal from a judgment of the Civil Court of the City of New York, Kings County (Michael
Gerstein, J.), entered May 3, 2018. The judgment, entered pursuant to a decision of that court
dated March 8, 2018, after a nonjury trial, awarded plaintiff the principal sum of $2,336.

ORDERED that, on the court's own motion, the notice of appeal from the decision dated
March 8, 2018 is deemed a premature notice of appeal from the judgment entered May 3, 2018
(see CPLR 5520 [c]); and it is further,
ORDERED that the judgment is reversed, with $30 costs, and the matter is remitted to the
Civil Court for the entry of a judgment in favor of defendant dismissing the complaint.
In this action by a provider to recover assigned first-party no-fault benefits, defendant
appeals from a judgment, after a nonjury trial, awarding plaintiff the principal sum of
$2,336.
For the reasons stated in Maiga Prods. Corp., as Assignee of Jean-Baptiste, Gerard v
MVAIC (___ Misc 3d ___, 2020 NY Slip Op ______ [appeal No. 2018-1641 K C], decided
herewith), the judgment is reversed and the matter is remitted to the Civil Court for the entry of a
judgment in favor of defendant dismissing the complaint.
ALIOTTA, P.J., ELLIOT and TOUSSAINT, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: August 28, 2020